UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC Q. VEGA,<br><br>        Petitioner,<br><br>    v.<br><br>DEAN BORDERS,<br><br>        Respondent. | Case No. EDCV 17-1952 MWF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and all of the records herein, including the March 23, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

1    IT IS HEREBY ORDERED that the Petition is denied and this action is
2 dismissed with prejudice because petitioner's claims are barred by the statute of
3 limitations, and that Judgment be entered accordingly.
4    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
5 Report and Recommendation, and the Judgment herein on petitioner and any
6 counsel for respondent.
7    IT IS SO ORDERED.

DATED: July 23, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE