UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC Q. VEGA, | ) | Case No. EDCV 17-1952 MWF(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DEAN BORDERS, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice because petitioner's claims are barred by the statute of limitations.

IT IS SO ADJUDGED.

DATED: July 23, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE